FILED

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

United States of America
v.
ROMAN KHLYNOVSKIY
a.k.a. ROMAN HLYNOVSKIY
a.k.a. РОМААН ХЛЫНОВСКИЙ

*Defendant*

Case No. 3:25-CR-84

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ROMAN KHLYNOVSKIY a.k.a. ROMAN HLYNOVSKIY a.k.a. РОМАН ХЛЫНОВСКИЙ, who is accused of an offense or violation based on the following document filed with the court:

- [x] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice
- [ ] Order of the Court

This offense is briefly described as follows:

See Attachment 1.

Date: 8/20/25

Debra C Poplin
*Issuing officer's signature*

City and state: Knoxville, Tennessee

Magistrate Judge Debra C. Poplin
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/20/2025, and the person was arrested on *(date)* 11/13/2026 at *(city and state)* ______.

Date: 11/16/2026

*Arresting officer's signature*

Jared Sikorski Special Agent
*Printed name and title*